JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DISPLAY VECTORS LLC, | Case No. 2:21-cv-00077-JAK-AFM |
| Plaintiff, | |
| v. | \| ORDER ON PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL |
| SHAGHAL LTD, | |
| Defendant. | |

This matter is before the Court on Plaintiff Display Vectors LLC's Notice of Voluntary Dismissal **without prejudice**. Defendant has not yet answered the Complaint or moved for Summary Judgment. Being so advised, the Court hereby finds that the request should be GRANTED. It is, therefore,

ORDERED that this matter be dismissed **without prejudice.**

SO ORDERED  May 26, 2021

_____
UNITED STATES DISTRICT COURT
John A. Kronstadt